UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: KUBA, MUNDY & ASSOCIATES - 818

ALEXANDRE PETROV

Plaintiff(s)

Index #: 07 CIV 4060 (COTE)
Date Filed:

- against -

BROWN HARRIS STEVENS MANAGEMENT, LLC AND 920 FIFTH AVENUE CORPORATION

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 25, 2007 at 11:04 AM at

70 LEXINGTON AVENUE
NEW YORK, NY10021

Deponent served the within true copy of the SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, JUDGES' RULES & INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL on BROWN HARRIS STEVENS MANAGEMENT, LLC, the defendant/respondent therein named,

by delivering thereat a true copy of each to MS. WANDA STRATTON personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, JUDGES' RULES & INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 39 | 5'6 | 170 |

Sworn to me on: May 25, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 481110

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: KUBA, MUNDY & ASSOCIATES - 818

ALEXANDRE PETROV

Plaintiff(s)

Index #: 07 CIV 4060 (COTE)

Date Filed:

-against-

BROWN HARRIS STEVENS MANAGEMENT, LLC AND 920 FIFTH AVENUE CORPORATION

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 25, 2007 at 11:04 AM at

170 LEXINGTON AVENUE
NEW YORK, NY 10021

Deponent served the within true copy of the SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, JUDGES' RULES & INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL on 920 FIFTH AVENUE CORPORATION, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. WANDA STRATTON personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, JUDGES' RULES & INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 39 | 5'6 | 170 |

Sworn to me on: May 25, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 481112

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Index #: 07 CIV 4060 (COTE)
Attorney: KUBA, MUNDY & ASSOCIATES - 818

ALEXANDRE PETROV

Plaintiff(s)

Date Filed:

- against -

BROWN HARRIS STEVENS MANAGEMENT, LLC AND 920 FIFTH AVENUE CORPORATION

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 24, 2007 at 04:17 PM at

920 FIFTH AVENUE
NEW YORK, NY10021

Deponent served the within true copy of the SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, JUDGES' RULES & INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL on 920 FIFTH AVENUE CORPORATION, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to JOHN SMITH, REFUSED NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, JUDGES' RULES & INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 42 | 5'11 | 170 |

Sworn to me on: May 25, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 481113