UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Alexandre Petrov,

        Plaintiff,

    - against -

Brown Harris Stevens Management, LLC and
920 Fifth Avenue Corporation,

        Defendants.

------------------------------------------------------------x

07 CIV 4060 (DLC)

STIPULATION

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the Plaintiff, Alexandre Petrov, and Defendants, Brown Harris Stevens Management, LLC and 920 Fifth Avenue Corporation that said Defendants' time to appear, answer or move with respect to the instant complaint is extended to and including July 10, 2007 and said Defendants preserve all rights, privileges and defenses.

Kuba, Mundy & Associates
Attorneys for Plaintiff

By: _____
Paulette DeTiberiis, Esq. (PD-0999)
321 Broadway, 4th floor
New York, New York 10007
(212)732-5050

Dated: 6/5/2007

Clifton, Budd & DeMaria, LLP
Attorneys for Defendants

By: _____
Jennifer M. Marrinan (JM-7993)
420 Lexington Avenue
New York, New York 10170
(212) 687-7410

Dated: 6/5/07

APPROVED this _____ day of June, 2007

_____
United States District Judge Denise L. Cote