```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/22/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                            :
Alexandre Petrov,                           :
                                            :   07 CIV 4060 (DLC)
            Plaintiff,                       :
                                            :   STIPULATION
      - against -                           :
                                            :
Brown Harris Stevens Management, LLC and    :
920 Fifth Avenue Corporation,               :
                                            :
            Defendants.                      :
                                            :
                                            :
-----------------------------------------------------------x

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and

between the Plaintiff, Alexandre Petrov, and Defendants, Brown Harris Stevens Management, LLC

and 920 Fifth Avenue Corporation that said Defendants' time to appear, answer or move with

respect to the instant complaint is extended to and including July 10, 2007 and said Defendants

preserve all rights, privileges and defenses.


Kuba, Mundy & Associates              Clifton, Budd & DeMaria, LLP
Attorneys for Plaintiff               Attorneys for Defendants

By: _____          By: _____
Paulette DeTiberiis, Esq. (PD-0999)      Jennifer M. Marrinan (JM-7993)
321 Broadway, 4th floor                  420 Lexington Avenue
New York, New York 10007                 New York, New York 10170
(212)732-5050                            (212) 687-7410

Dated: 6/5/2007                       Dated: 6/5/07


APPROVED this 2/sT day of June, 2007

                              _____
                              United States District Judge Denise L. Cote