06/05/2007  12:39  212-766-0049          KUBA MUNDY              PAGE 02/02
06/05/2007  11:50 FAX  2128874339     CLIFTON BUDD & DEMARIA     ☑002/002

CSFES.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
Alexandre Petrov,

        Plaintiff,

  - against -

Brown Harris Stevens Management, LLC and
920 Fifth Avenue Corporation,

        Defendants.
------------------------------------------------------x

07 CIV 4060 (DLC)

**STIPULATION**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the Plaintiff, Alexandre Petrov, and Defendants, Brown Harris Stevens Management, LLC and 920 Fifth Avenue Corporation that said Defendants' time to appear, answer or move with respect to the instant complaint is extended to and including July 10, 2007 and said Defendants preserve all rights, privileges and defenses.

Kuba, Mundy & Associates
Attorneys for Plaintiff

By: _____
Paulette DeTiberiis, Esq. (PD-6999)
321 Broadway, 4th floor
New York, New York 10007
(212)732-5050

Dated: 6/5/2007

Clifton, Budd & DeMaria, LLP
Attorneys for Defendants

By: _____
Jennifer M. Marrinan (JM-7993)
420 Lexington Avenue
New York, New York 10170
(212) 687-7410

Dated: 6/5/07

APPROVED this 26th day of June, 2007

_____
United States District Judge Denise L. Cote