**AFFIDAVIT OF SERVICE**

State of New York    )
                     ) ss.:
County of New York   )

I, Stephanie O'Connell, depose and say that deponent is not a party to this action, am over the age of eighteen (18) and reside within the State of New York and that on the 28th day of June, 2007, I served a copy of the within **Notice of Initial PreTrial Conference and Court's Individual Practices**, by *first class mail*, in an official depository within the care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known addresses set forth after each name:

Attn: *Jennifer M. Marinan, Esq.*
Clifton, Budd & DeMaria, LLP
Attorneys for Defendants
420 Lexington Avenue
New York, New York 10170

[signature: S. O'Connell]

Sworn to before me this
28th day of June, 2007.

[signature]
Notary Public

PAULETTE DEMBERTIS
Notary Public, State of New York
No. 02DE6036571
Qualified in Queens County
Commission Expires Jan. 31, 2010

# KUBA, MUNDY & ASSOCIATES
## ATTORNEYS AT LAW

RONALD J. KUBA
NICHOLAS I. MUNDY*
*(ADMITTED IN NY & NJ)

PAULETTE DeTIBERIIS
(ADMITTED IN NY & CT)

SARI MALTZ
(ADMITTED IN NY & NJ)

321 BROADWAY
NEW YORK, NY 10007
(212) 732-5050
FAX (212) 766-0049

ROCKLAND COUNTY OFFICE
(845) 356-13130

NEW JERSEY OFFICE
(973) 829-1700

June 28, 2007

Clifton, Budd & DeMaria, LLP
420 Lexington Avenue
New York, New York 10170

Attn:   *Jennifer M. Marinan, Esq.*

Re:   <u>Petrov v. Brown Harris Stevens Management, LLC, et. al.</u>
      No. 07 CIV 4060 (DLC)

Dear Ms. Marinan:

Pursuant to the Notice of Initial Conference dated June 26, 2007, enclosed please find a copy of said notice along with a copy of the Court's Individual Practices.

Please note that the Conference is scheduled for July 20, 2007, at 9AM at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 11B.

Very truly yours,

KUBA, MUNDY & ASSOCIATES
By: Paulette DeTiberiis, Esq.

Encl.