UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALEXANDRE PETROV,

                Plaintiff,

                Civil Action No. 07 Civ. 4060 (DLC)(RLE)

    -against-

**FED. R. CIV. P. 7.1**
BROWN HARRIS STEVENS RESIDENTIAL   **DISCLOSURE STATEMENT**
MANAGEMENT, LLC, AND
920 FIFTH AVENUE CORPORATION,

                Defendants.
------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants Brown Harris Stevens Residential Management, LLC and 920 Fifth Avenue Corporation hereby certifies that there are no corporate parents, subsidiaries or affiliates of said Defendants that are publicly held.

Dated: New York, New York
       July 10, 2007

                                    Respectfully submitted,

                                    CLIFTON BUDD & DeMARIA, LLP
                                    *Co-Attorneys for Defendants*

                                    By: _____
                                       Robert A. Sparer (RS- 1355)
                                       Jennifer M. Marrinan (JM-7993)
                                       420 Lexington Avenue, Suite 420
                                       New York, New York 10170
                                       (212) 687-7410

                                       HOWARD I. ROTHSCHILD (HR-6008)
                                       Co-Attorney for Defendants
                                       292 Madison Avenue, 16th Floor
                                       New York, New York 10017
                                       (212) 889-4100