## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK     )
                      : ss.
COUNTY OF NEW YORK    )

    ELAINE COBOS, deposes and says:

    I am not a party of the action, I am over 18 years of age, and I reside in Forest Hills, New York.

    On July 10, 2007 I served the within **DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN ITS ENTIRETY and DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN ITS ENTIRETY** upon:

> Paulette DeTiberiis, Esq.
> Kuba, Mundy & Associates
> 321 Broadway
> New York, New York  10007

at the address designated by said attorney for that purpose, by depositing true copies of the same enclosed in a postage-paid, properly addressed wrapper in a depository under the exclusive care and custody of the United States Post Office within New York State.

                                         _____
                                         ELAINE COBOS

Sworn to before me this
___ day of July, 2007.

_____
Notary Public

jmm/forms – AOS –ROTHSCHILD - 071007

ROBERT A. SPARER
Notary Public, State of New York
No. 02SP4884711
Qualified in Nassau County
Commission Expires January 12, 20__