UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ALEXANDRE PETROV,

           Plaintiff,

-against-

BROWN HARRIS STEVENS MANAGEMENT,
LLC and 920 FIFTH AVENUE CORPORATION,

           Defendants.
----------------------------------------X

07 CIV 4060 (DLC)(RLE)

**STIPULATION**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the Plaintiff, Alexandre Petrov, and the Defendants, Brown Harris Stevens Residential Management, LLC and 920 Fifth Avenue Corporation, that said Plaintiff hereby withdraws the Complaint in this instant action, without prejudice, and the Defendants preserve all procedural rights, privileges and defenses in this action and in any other judicial, administrative or arbitral proceeding involving the Plaintiff and any claims brought by or on behalf of Plaintiff.

Kuba, Mundy & Associates
Attorneys for Plaintiff
By: _____
Paulette DeTiberiis, Esq. (PD0999)
321 Broadway, 4th Floor
New York, New York 10007
(212) 732-5050 1

Dated 7/18/07

Clifton, Budd & DeMaria, LLP
Attorneys for Defendants
By: _____
Jennifer M. Marrinan (JM7993)
420 Lexington Avenue
New York, New York 10170
(212) 687-7410

Dated 7/18/07

APPROVED this ___ day of July, 2007.

_____
United States District Judge Denise L. Cote